In the Matter of ETHEL S. KATZ, Appellant, against SIGISMUND S. GOLDWATER, as Commissioner of the Department of Hospitals of the City of New York, Respondent.

Argued April 24, 1941; decided May 22, 1941.

*William V. Hagendorn* and *Sidney Eisen* for appellant.

*William C. Chanler, Corporation Counsel* (*Paxton Blair* and *Charles F. Murphy* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.